Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
Thomas E. Wheeler (SBN 308789)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
mgeorge@toddflaw.com
twheeler@toddflaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT; ABANTE ROOTER AND PLUMBING INC.; individually and on behalf of all others similarly situated,<br><br>**Plaintiffs,**<br><br>vs.<br><br>E MORTGAGE CAPITAL, INC., and Does 1-10, inclusive,<br><br>**Defendants.** | Case No. **2:20-cv-10635-SVW-GJS**<br><br>NOTICE OF SETTLEMENT |

NOW COMES THE PLAINTIFFS by and through their attorney to respectfully notify this Honorable Court that the parties have reached a settlement in principle and are currently preparing a settlement agreement. Plaintiffs, with Defendant's consent and agreement, requests that this Honorable Court vacate all pending deadlines and hearings and allow thirty (30) days within which to file dispositive documentation, including a Joint Stipulation of Dismissal. This Court shall retain jurisdiction over this matter until fully resolved.

1  Respectfully submitted this 13th Day of July, 2021.
2          By: s/Todd M. Friedman
3             TODD M. FRIEDMAN
           Law Offices of Todd M. Friedman, P.C.
4             Attorney for Plaintiffs

Filed electronically on this 13th Day of July, 2021, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Stephen V. Wilson
United States District Court
Central District of California

And all Counsel of Record on the electronic service list.

This 13th Day of July, 2021.

s/Todd M. Friedman
Todd M. Friedman