Todd M. Friedman (SBN 216752)
tfriedman@toddflaw.com
Adrian R. Bacon (SBN 280332)
abacon@toddflaw.com
Law Offices of Todd M Friedman, P.C.
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Telephone: (323) 306-4234
Facsimile: (866) 633-0228

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **TERRY FABRICANT; ABANTE ROOTER AND PLUMBING INC.; individually and on behalf of all others similarly situated,**<br>**Plaintiffs,**<br>vs.<br>**E MORTGAGE CAPITAL, INC., and Does 1-10, inclusive,**<br>**Defendants.** | Case No.<br><br>**2:20-cv-10635-SVW-GJS**<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION OF THE INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to Plaintiff's individual claims and without prejudice as to the putative Class pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney fees.

///

1

2   Respectfully submitted this 26th Day of July, 2022,

3

4                               **Law Offices of Todd M. Friedman P.C**
                                    By:   s/Adrian R. Bacon
5                                   ADRIAN R. BACON Esq
                                        Attorney for Plaintiff
6

7

8                               **WRIGHT, FINLAY & ZAK, LLP**
9                               */s/Nicholas Hood*
                                   Nicholas G. Hood, Esq.
10                                 Attorneys for Defendant

11                          Signature Certification

12          Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative

13   Policies and Procedures Manual, I hereby certify that the content of this

14   document is acceptable to counsel for Defendant and that I have obtained their

15   authorization to affix their electronic signature to this document.

16

17   Dated: July 26, 2022   **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

18

19                               By:  _s/ Adrian R. Bacon
                                    Adrian R. Bacon ESQ.
20                                   Attorney for Plaintiff

21

22

23

24

25

26

27

28   Filed electronically on this 26th Day of July, 2022, with:

1

2

Notification sent electronically via the Court's ECF system to:

3

Honorable Judge of the Court
United States District Court

4

5

All Counsel of Record as Recorded On The Electronic Service List.

6

7

This 26th Day of July, 2022.
s/Adrian R. Bacon

8

ADRIAN R. BACON

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28